AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| HISAMI ABE, et al.<br>on their own behalf and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>YAMAGUCHI & FRIENDS, INC.<br>d/b/a Taka Sushi et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No.  22-cv-03164 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     TROY LAW, PLLC
John Troy
41-25 Kissena Boulevard, Suite 103
Flushing, NY 11355

Tel: (718) 762-1324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*



Date:  6/2/22                                                    s/Francine Piper

_____                                    _____
                                                              *Signature of Clerk or Deputy Clerk*

*Full Caption*

TROY LAW, PLLC
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiffs, proposed FLSA Collective*
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HISAMI ABE and
TAISEI ABE,
*on their own behalf and on behalf of others similarly
situated*

                       Plaintiffs,
                       v.
YAMAGUCHI & FRIENDS, INC.
      d/b/a Taka Sushi;
TAKAFUMI YAMAGUCHI, and
RIE YAMAGUCHI

                       Defendants.
-----------------------------------------------------------X

**Case No.** 22-cv-03164

*Defendants' Name with Address*

**YAMAGUCHI & FRIENDS, INC. d/b/a Taka Sushi**
821 Carman Ave, Westbury, NY 11590

**TAKAFUMI YAMAGUCHI**
821 Carman Ave, Westbury, NY 11590

**RIE YAMAGUCHI**
821 Carman Ave, Westbury, NY 11590

**HISAMI ABE, and TAISEI ABE v.**
**YAMAGUCHI & FRIENDS, INC. d/b/a Taka Sushi, et al.**

**Summons Rider**